THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Rita Namrod,**<br><br>Plaintiff,<br><br>v.<br><br>**ACIA KL AUTO LLC CO d/b/a Leader Automotive Group..,**<br>**And/or**<br>**d/b/a**<br>**Grossinger Kia and/or Kia of Lincolnwood's**<br><br>Defendant. | 21-CV - 5514<br>Judge **Charles R. Norgle, Sr.**<br>Magistrate **Susan E. Cox.**<br><br><br>**Plaintiff Demands Trial By Jury** |

## STIPULATION FOR DISMISSAL FOR THE CLAIMS OF PLAINTIFF PURSUANT TO FRCP 41 with prejudice

1. The parties request the Court dismiss the claims of Plaintiff **Rita Namrod** with prejudice against **ACIA KL AUTO LLC CO d/b/a Leader Automotive Group..,** **and d/b/a Grossinger Kia and/or Kia of Lincolnwood's**

Dated: July 2, 2024       Respectfully submitted,

1

By:    */s/ John C. Ireland*
Attorney for Plaintiff
John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin IL  60177
Telephone:  630-464-9675
Email:  attorneyireland@gmail.com